2004R00099
MEC/EW/gr

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>FREDERICK UGWU,<br><br>*Defendant.* | Hon. Jose L. Linares, U.S.D.J.<br><br>Criminal No. 08-561(JLL)<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on May 26, 2009, the United States obtained a Superseding Indictment against Frederick Ugwu (hereinafter "Ugwu") charging him with conspiracies to commit wire fraud, in violation of 18 U.S.C. § 1349, and to commit money laundering, in violation of 18 U.S.C. § 1956(h), and with wire fraud and money laundering, in violation of 18 U.S.C. §§ 1343 and 1957; and

**WHEREAS**, on December 17, 2009, a jury sitting in the United States District Court, District of New Jersey, found Ugwu guilty of all counts with which he was charged in the Superseding Indictment; and

**WHEREAS** pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C) a person convicted of offenses in violation of 18 U.S.C. §§ 1343 and 1349 shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense; and

**WHEREAS**, pursuant to 18 U.S.C. § 982, a person convicted of offenses in violation of 18 U.S.C. §§ 1956(h) and 1957 shall forfeit to the United States

any property, real or personal, that was involved in the offense or is traceable to such property; and

**WHEREAS**, on March 30, 2011, the Court entered a Preliminary Order of Forfeiture for the following property:

(a) approximately $1,753,212.06 in proceeds that Ugwu or entitites controlled by Ugwu received from the offenses for which Ugwu was convicted;

(b) The contents of JP Morgan Chase account number 58050002765, held in the name of UG Properties, Inc., which bank account received the proceeds of Defendant's offenses;

(c) The contents of JP Morgan Chase account number 579500468665, held in the name of 253 East 33rd Street, LLC, which bank account received the proceeds of Defendant's offenses; and

(d) The contents of JP Morgan Chase account number 6047211364, held in the name of the defendant (Frederick Ugwu) which bank account received the proceeds of Defendant's offenses,

(paragraphs a-d collectively describing the "Property") as property involved in Ugwu's money laundering offenses in violation of 18 U.S.C. §§ 1956(h) and 1957, that includes proceeds obtained as a result of his offenses or is derived from proceeds traceable to the commission of the wire fraud offenses in violation of 18 U.S.C. §§ 1343 and 1349, for which Ugwu was convicted and therefore subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982, and 28 U.S.C.§ 2461(C); and

**WHEREAS**, on April 1, 2011, the Court entered a Judgment in a Criminal Case therein ordering the forfeiture of the Property listed herein to the United States including the money judgment in the amount of approximately $1,753,212.06; and

**WHEREAS**, on December 29, 2011, the United States received a TD Bank Official Check number 50460651, payable to the United States Marshals Service in the amount of $137,571.44, as partial payment of the judgment entered against Ugwu; and

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $137,571.44, and no right, title or interest in the $137,571.44 shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the Department of Justice, United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 24 day of February, 2012.

HONORABLE JOSE L. LINARES
United States District Judge